IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT ALLEN SKINNER,

    Plaintiff,

v.                                                            No. 1:22-cv-00901-KWR-DLM

LORENZO MATA, MARKA SALAS,
PAMELA DAVIS, ALEXANDER PAPPAS,
HECTOR DELGADO,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND AMENDMENT DEADLINE

**THIS MATTER** is before the Court on Plaintiff Robert Allen Skinner's Motion for Extension of Time to Amend his *pro se* Prisoner Civil Rights Complaint. (Doc. 77) (the "Motion"). In a Memorandum Opinion and Order of Dismissal entered May 2, 2023 (Doc. 71), the Court dismissed Skinner's Third Amended Pro Se Prisoner Civil Rights Complaint (Doc. 69) and set a thirty-day deadline within which Skinner was permitted to file a fourth amended complaint. In the Motion, filed May 9, 2023, Skinner moves to extend the deadline by an additional thirty days. The Court finds good cause to grant the Motion.

**IT IS THEREFORE HEREBY ORDERED** that the Motion **(Doc. 77)** is **GRANTED**. The deadline to file an amended complaint is extended to **June 1, 2023**. Failure to file an amended complaint by the deadline may result in dismissal of this case without further notice.

    **IT IS SO ORDERED.**

    _____
    **KEA W. RIGGS**
    **UNITED STATES DISTRICT JUDGE**